IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-28-GF-BMM-JTJ |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| GABRIEL GREG HAZARD, | |
| Defendant. | |

## I.  Synopsis

Defendant Gabriel Greg Hazard (Hazard) has been accused of violating conditions of his supervised release. (Doc. 54). Hazard admitted the alleged violation. Hazard's supervised release should be revoked. Hazard should be sentenced to custody for 18 months on Count 1 and to custody for 18 months on Count 4, with said terms to run concurrently to each other and concurrently to the sentence imposed by the Montana Eighth Judicial District Court on June 20, 2025 for the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-102. Hazard shall not be subject to any term of supervised release following his custodial sentences for both Count 1 and Count 4.

## II.     Status

Hazard plead guilty on August 20, 2019 to the offenses of Count 1: Prohibited Person in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and Count 4: Possession of a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A) as charged in the Indictment. (Doc. 18).  Hazard was sentenced to 20 months of custody on Count 1 and to 60 months of custody on Count 4, with said terms to run consecutively,  followed by 3 years of supervised release on Count I and Count 4, with said terms to run concurrently. (Doc. 34).  Hazard's current term of supervised release began on May 9, 2024.

**Petition**

On June 13, 2025, the United States Probation Office filed a Petition requesting that the Court revoke Hazard's supervised release. (Doc. 54). The Petition alleged Hazard violated conditions of his supervised release by: (1) being convicted in the Montana Eighth Judicial District Court on April 10, 2025 by his plea of guilty of the offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-101.

**Initial Appearance**

Hazard appeared before the Court on September 9, 2025.  Hazard was represented by counsel.  Hazard stated that he had read the Petition and that he understood the allegation against him.  Hazard waived his right to a preliminary

hearing. The parties consented to proceed with the revocation hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on September 9, 2025. Hazard admitted that he had violated the conditions of supervised release as set forth as in the Petition. Hazard's admitted violation is serious and warrants revocation of his supervised release.

### Sentencing hearing

Hazard appeared before the Court on September 9, 2025. Hazard's violations are Grade B. His criminal history category is VI. Hazard's underlying offense in Count 1 is a Class C felony and his underlying offense in Count 4 is a Class A. Hazard could be incarcerated for up to 24 months on Count 1 and for up to 60 months on Count 4. Hazard could be ordered to remain on supervised release for 36 months less any custody time for Count 1 and 60 months less any custody time for Count 4. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months on Count 1 and 21 to 27 months on Count 4.

### III.   Analysis

Hazard's supervised release should be revoked. Hazard should be sentenced to custody for 18 months on Count 1 and to custody for 18 months on Count 4, with said terms to run concurrently to each other and concurrently to the sentence imposed

by the Montana Eighth Judicial District Court on June 20, 2025 for the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-102.  Hazard shall not be subject to any term of supervised release following his custodial sentences for both Count 1 and Count 4.  This sentence is sufficient but not greater than necessary.

## IV.   Conclusion

The Court informed Hazard that the above sentence would be recommended to Chief United States District Judge Brian Morris.  The Court also informed Hazard of his right to object to these Findings and Recommendations within 14 days of this issuance.  The Court explained to Hazard that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That GABRIEL GREG HAZARD has violated the conditions of his supervised release by: (1) being convicted in the Montana Eighth Judicial District Court on April 10, 2025 by his plea of guilty of the offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-101.

The Court **RECOMMENDS:**

> That the District Court revoke Hazard's supervised release and sentence Hazard to custody for 18 months on Count 1 and to custody for 18 months on Count 4, with said terms to run concurrently to each other and concurrently to the sentence imposed by the Montana Eighth

Judicial District Court on June 20, 2025 for the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-102. Hazard shall not be subject to any term of supervised release following his custodial sentences for both Count 1 and Count 4.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 9th day of September 2025.

John Johnston
United States Magistrate Judge