IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>GABRIEL GREG HAZARD,<br><br>Defendant. | CR-19-28-GF-BMM<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 19, 2025. (Doc. 70.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 9, 2025 (Doc. 65.) The United States accused Gabriel Hazard (Hazard) of violating the conditions

of his supervised release by: 1) by being convicted in the Montana Eighth Judicial District Court on April 10, 2025 by his plea of guilty of the offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-101. (Doc. 54.)

At the revocation hearing, Hazard admitted he had violated the allegation in the Petition. Hazard was advised of his right to appeal and allocute before the undersigned. He waived those rights. (Doc. 65.)

Judge Johnston found that violation Hazard admitted proves serious and warrants revocation of his supervised release and recommends a term of custody of 18 months on Count 1 and for 18 months on Count 4 with said term to run concurrently to each other and concurrently to the sentence imposed by the Montana Eighth Judicial District Court on June 20, 2025 for the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-101, with no supervised release to follow. (Doc. 70.)

The violation proves serious and warrant revocation of Hazard's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 70) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Gabriel Greg Hazard be sentenced for 18 months custody on

Counts 1 and 18 months custody on Count 4, to run con currently to each other and concurrently with the sentenced imposed by the Montana Eighth Judicial District Court on June 20, 2025 for the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-101, with no supervised release to follow.

      DATED this 24th day of September 2025.

_____
Brian Morris, Chief District Judge
United States District Courts